

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00030-CV

| | | |
|---|---|---|
| RODOLFO DE LA PEÑA, INDIVIDUALLY, ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BEATRIZ DE LA PEÑA, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-263281-12) |
| V. | § | April 4, 2019 |
| | § | Opinion by Justice Pittman |
| KEVIN R. GORDON, M.D., Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Rodolfo De La Peña, Individually, on Behalf of all Wrongful Death Beneficiaries and as Personal Representative of the

Estate of Beatriz De La Peña shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman